JS-6

Eric Gilanians, Esq., State Bar No. 321835
Eric@Gilanians.com
Alex Gilanians, Esq., State Bar No. 180807
Alex@Gilanians.com
ALEX GILANIANS, APC
100 W. Broadway, Suite 1060
Glendale, California 91210
Tel:   (818) 548 1816
Fax:   (818) 548 0049

Attorneys for PLAINTIFF, GEORGE SEMEIL

Rachel L. McClintock, State Bar No. 262006
Rachel.mcclintock@dinsmore.com
Saige Shaw, State Bar No. 325556
Saige.shaw@dinsmore.com
DINSMORE & SHOHL LLP
550 S. Hope Street, Suite 1765
Los Angeles, California 90071
Tel:   (213) 335 7736

Attorney's for Defendants
SAM'S WEST, INC., and JEREMY HINES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GEORGE F. SEMEIL, JR., an individual<br><br>Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC., an Arkansas corporation; JEREMY HINES., an individual; SARAIVA MORALES, an individual; and DOES 1 through 20, inclusive.<br><br>Defendants. | Case No. 5:24-cv-02324-JGB-SP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT**<br><br>Judge: Hon. Jesus G. Bernal<br>Complaint Filed: September 11, 2024<br>Trial Date: Not Yet Set |

JOINT STIPULATION AND [PROPOSED] ORDER REMANDING ACTION TO STATE COURT

# RECITALS

Pursuant to Federal Rules of Civil Procedure § 1447 and Local Rule 5-4.4.1 and 5-4.4.2, Plaintiff George Semeil ("Plaintiff") and Defendants Sam's West, Inc., and Jeremy Hines ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate to remand the above-entitled action to the Superior Court of the State of California for the County of Riverside as *George Semeil v. Sam's West, Inc., et al,* Case No. CVPS2405768, in light of the Parties' agreement that diversity jurisdiction is at issue in this matter.

WHEREAS, on September 11, 2024, the matter of *George Semeil v. Sam's West, Inc., et al,* Case No. CVPS2405768 was filed in the County of Riverside;

WHEREAS, on September 30, 2024, Defendant, Sam's West, Inc., was personally served with the Summons & Complaint, and locally required documents;

WHEREAS, on October 31, 2024, Defendant Sam's West, Inc., filed a Notice of Removal of the state court matter to United States District Court of California—Eastern Division, based on Diversity Jurisdiction;

WHEREAS, on November 21, 2024, Defendant and California resident, Jeremy Hines, was served with the Summons & Complaint;

WHEREAS, counsel for the Parties met and conferred pursuant to L.R. 7-3 regarding remand of this matter back to state court;

WHEREAS the Parties agreed that diversity jurisdiction is at issue and that it was proper to remand the matter;

NOW THEREFORE, the parties stipulate to remand this matter back to state court in the county of Riverside and request this Court to execute the Proposed Order Remanding the Action contained herein below.

| | | |
|---|---|---|
| DATED: January 23, 2025 | | ALEX GILANIANS, APC |
| | By: | /s/ *Eric Gilanians* |
| | | ERIC GILANIANS |
| | | Attorneys for PLAINTIFF GEORGE F. SEMEIL, JR. |
| DATED: January 23, 2025 | | DINSMORE & SHOHL LLP |
| | By: | /s/ *Saige Shaw* |
| | | RACHEL MCCLINTOCK |
| | | SAIGE SHAW |
| | | Attorneys for DEFENDANTS SAM'S WEST, INC., and JEREMY HINES |

# ORDER

Pursuant to the joint stipulation to remand the matter of *George Semeil v. Sam's West, Inc., et al.,* Case No. 5:24-cv-02324-JGB-SP, to state court, and for good cause shown, the above-caption is remanded to the Superior Court of the State of California for the County of Riverside as *George Semeil v. Sam's West, Inc., et al.,* Case No. CVPS2405768, in light of the Parties' agreement and stipulation that diversity jurisdiction is at issue in the above-captioned action.

IT IS SO ORDERED.

Dated: January 23, 2025

_____
Jesus G. Bernal, U.S. District Judge

**PROOF OF SERVICE**
(*C.C.P.* §§ 1013, 1013a, 2015.5)

**STATE OF CALIFORNIA** )
) cc.
**COUNTY OF LOS ANGELES** )

I, the undersigned, am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is 100 W. Broadway, Suite 1060, Glendale, CA 91210.

On the date set forth below, I served the within document entitled, **JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT,** on the interested party by the method of service indicated below, and addressed as follows:

*Attorneys for Defendant SAM'S WEST, INC.*

Dinsmore Shohl LLP
Rachel McClintock
Saige Shaw
550 S Hope Street, Suite 1765
Los Angeles, CA 90071
Tel.: (213) 335-7736
Email: Rachel.McClintock@dinsmore.com; Saige.Shaw@dinsmore.com; Heather.Norton@Dinsmore.com; Michael.Kerr@Dinsmore.com;

  X  **BY MAIL.**  I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

  X  **ELECTRONIC MAIL.** I electronically transmitted a true and correct copy thereof to the electronic mail address(es) of record for the parties for the purpose of effecting service and the transmission was reported as complete and without error. My email address is connie@gilanians.com.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on December 13, 2024 at Glendale, California.

__/s/_____
Connie Gutierrez